# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3461

_____

Freddie Anderson,                    *
                                     *
            Appellant,               *
                                     *    Appeal from the United States
      v.                             *    District Court for the Eastern
                                     *    District of Arkansas.
Kenneth S. Apfel, Commissioner,      *
Social Security Administration,      *         [UNPUBLISHED]
                                     *
            Appellee.                *

_____

Submitted: April 23, 1999
Filed: April 28, 1999

_____

Before BOWMAN,* Chief Judge, ROSS, and FAGG, Circuit Judges.

_____

PER CURIAM.

      Freddie Anderson appeals the district court's grant of summary judgment affirming the Commissioner's decision to deny Anderson disability insurance and supplemental security income benefits. Having reviewed the record and the parties' briefs, we conclude that no error of law or fact appears and that an extended opinion would serve no useful purpose in this fact-intensive case. We find substantial evidence

_____

*The Honorable Pasco M. Bowman stepped down as Chief Judge of the United States Court of Appeals for the Eighth Circuit at the end of the day on April 23, 1999. He has been succeeded by the Honorable Roger L. Wollman.

supports the decision of the Commissioner and Anderson is not disabled for social security purposes. We thus affirm the district court without further discussion. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.